IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., OCWEN LOAN SERVICING, LLC, RESIDENTIAL CREDIT SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 1:15-cv-11140<br><br>Hon. Matthew F. Kennelly |

### Notice of Settlement of Rule 11 Fees

1. On June 6, 2017, this Court entered an Order requiring "the Sulaiman firm to pay one-half of Experian's reasonable attorney's fees incurred in briefing the original Rule 11 motion and the present motion [requesting imposition of an appropriate Rule 11 sanction]." (Doc. 108.) As part of that Order, this Court directed Experian "to submit a statement of its reasonable attorney's fees incurred in briefing the original Rule 11 motion and the current fee request by no later than June 15, 2017." (*Id.*)

2. Following this Court's June 6, 2017 Order, Experian and Sulaiman Law Group conferred regarding the amount of fees to be paid by Sulaiman Law Group to Experian and have reached an agreement as to that amount. Accordingly, the parties do not anticipate the need for further briefing or submissions to the court at this time.

Dated: June 15, 2017

Respectfully submitted,

*s/ Jason Z. Zhou*

Adam W. Wiers
Christopher A. Hall
Jason Z. Zhou
JONES DAY
77 West Wacker
Chicago, IL  60601.1692
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585
Emails: awwiers@jonesday.com
  chall@jonesday.com
  jzhou@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

      */s/ Jason Z. Zhou*